CHRISTOPHER HAYDN-MYER, Bar #176333
1418 20th Street, First Floor
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 443-1572

Attorney for Defendant
TAMMY LYNN MAHAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-04-463 DFL |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **REQUEST FOR ORDER AND** |
| | ) | **[PROPOSED] ORDER RUNNING** |
| | ) | **FEDERAL PRISON SENTENCE** |
| | ) | **CONCURRENT WITH CALIFORNIA** |
| | ) | **STATE JAIL SENTENCE** |
| | ) | |
| TAMMY LYNN MAHAN | ) | Date:  No date |
| | ) | Time:  No time |
| | ) | Judge: DAVID F. LEVI |
| Defendant. | ) | |
| | ) | |

On June 2, 2005, Ms. Mahan was sentenced to six months confinement at a facility to be determined by the Bureau of Prisons by this court.  Ms. Mahan had signed a Plea Agreement whereby she reserved the right to request that her federal sentence run concurrent with any California state sentence imposed for Ms. Mahan's July 3, 2004 criminal conduct in San Joaquin County stemming from Ms. Mahan's cashing of a counterfeit check on July 3, 2004.  Ms. Mahan did not make the request at the time of the sentencing, but is making the request at this time.

On October 4, 2005, counsel for Ms. Mahan contacted

1

1 Assistant United States Attorney Michelle Rodriguez regarding the
2 request for concurrent time, and A.U.S.A. Rodriguez did not
3 oppose the request.
4    It is hereby requested that the Ms. Mahan's federal sentence
5 in the above-captioned case run concurrent with any California
6 state sentence imposed for Ms. Mahan's July 3, 2004 criminal
7 conduct in San Joaquin County stemming from Ms. Mahan's cashing
8 of a counterfeit check on July 3, 2004.

DATED: October 4, 2005.          Respectfully submitted,

                                 /S/ Christopher Haydn-Myer
                                 Christopher Haydn-Myer, Esq.
                                 Attorney for Ms. Tammy Lynn Mahan

-------------

   The court declines to grant this motion without briefing as to its jurisdiction to do so under F.R.Cr.P. 35.  The motion is denied without prejudice to defendant's filing a noticed motion with points and authorities.

   IT IS SO ORDERED.

DATED: October 20, 2005.


                                 _____
                                 DAVID F. LEVI
                                 United States District Judge

2