IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,   Cr. S-04-463-DFL

    v.   O R D E R

TAMMY LYNN MAHAN,

    Defendant.
_____/

    The court entered an order on October 20, 2005 denying the motion for correction of sentence but inviting counsel to file points and authorities. The court was unaware that counsel already had filed such points and authorities. Defendant seeks a correction of a clerical error. She requests that the sentence imposed be made to run concurrent to any state sentence she is now serving or will serve. The court does not agree that this is a correction of a clerical error. Neither defendant nor the prosecutor requested a concurrent sentence, and the court did not have the occasion to consider the request at the time of sentencing. An order running the federal sentence concurrent to a state sentence is by no means routine. Therefore, this request must be

1 | viewed under F.R.Cr.P. 35 and is not authorized by the rule.  The request comes more than 7
2 | days after the judgment and sentence, and does not fit within any other section of the Rule.  The
3 | court lacks jurisdiction to amend the sentence at this date.
4 |         The motion to amend the sentence is DENIED.
5 |         IT IS SO ORDERED.

Dated: 10/26/2005 .

                     /s/  David F. Levi
                     DAVID F. LEVI
                     United States District Judge